531 F.2d 316
 Willis J. POIRRIER, Jr., Clement Jasmin, Individually and as
representatives of John Does and Jane Does,
similarly situated, Plaintiffs-Appellants,
v.
ST. JAMES PARISH POLICE JURY and Paul Keller, etc., et al.,
etc., Defendants-Appellees.
 No. 75--1058.
 United States Court of Appeals,
Fifth Circuit.
 May 7, 1976.
Rehearing Denied Aug. 26, 1976.
See 537 F.2d 840.
 
 Paul G. Aucoin, Vacherie, La., for plaintiffs-appellants.
 Charles S. Becnel, First Dist. Atty., 23rd Judicial Dist., Vacherie, La., for Keller and St. James Police.
 Before MORGAN, CLARK and TJOFLAT, Circuit Judges.
 PER CURIAM:
 
 
 1
 AFFIRMED. We adopt the opinion of the District Court at 372 F.Supp. 1021 (E.D.La.1974).